IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDSAY L. GLENN,

        Plaintiff,

vs.                                 CASE NO. 4:06cv231-SPM/WCS

SGT. DAVID SIMS, et al.,

        Defendants.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated September 14, 2006 (doc. 12). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2.     Defendants' motion to dismiss (doc. 4) is denied.

3.     The complaint as to Defendant Wilson is dismissed.

4.     This case is remanded to the magistrate judge for further

proceedings.

DONE AND ORDERED this 23rd day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:06cv231-SPM/WCS