IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LINDSAY L. GLENN,**

    Plaintiff,

vs.                                        Case No. 4:06cv231-SPM/WCS

**SGT. DAVID SIMS,
OFFICER REGINALD GLOVER,
OFFICER JOHN DOE, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

The parties have filed a joint notice of voluntary dismissal with prejudice. Doc. 39. Accordingly, it is **RECOMMENDED** that the stipulation of dismissal with prejudice, filed pursuant to FED. R. CIV. P. 41(a)(ii), doc. 39, be **ACCEPTED** and the complaint be **DISMISSED WITH PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida, on December 18, 2006.

                                                s/   William C. Sherrill, Jr.
                                                **WILLIAM C. SHERRILL, JR.
                                                UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.